U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

2008 DEC -9 PM 3:53

BY_____
DEPUTY CLERK

| | |
|---|---|
| JONATHAN CROWELL ) | |
| SAMANTHA KILMURRAY ) | |
|    Plaintiffs ) | |
| ) | |
| v. ) | Civil Case No. 2:08-cv-55 |
| ) | |
| ROBERT KIRKPATRICK ) | |
| MICHAEL GORMAN ) | |
| JEREMY EVANS ) | |
| CHUCK ALECK ) | |
| PETER DIMARINO ) | |
|    Defendants ) | |

## STIPULATION OF AMENDMENT AND DISMISSAL

NOW COME the Parties, by and through their counsel of record, and hereby stipulate and agree as follows:

That all claims against Jeremy Evans shall be dismissed *with prejudice* and that said dismissal shall be without monetary payment, admission, or other consideration on the part of Jeremy Evans. This voluntary dismissal is pursuant to F.R.C.P. 41(a). Further, that the caption shall be amended to delete all references to Jeremy Evans as a defendant in this action.

SLEIGH & WILLIAMS

_10/6/08_      BY: _____
Date                David C. Sleigh, Esq.
                    364 Railroad Street, Suite E
                    St. Johnsbury, VT 05819
                    Attorney for Plaintiffs

McNEIL,
LEDDY &
SHEAHAN
BURLINGTON, VERMONT 05401

McNEIL, LEDDY & SHEAHAN

10-02-08            BY:   _____
Date                            Nancy G. Sheahan, Esq.
                                271 South Union Street
                                Burlington, VT  05401
                                Attorneys for Defendants

**APPROVED AND SO ORDERED:**

12-9-08             _____
Date                U.S. District/Magistrate Judge

400000/00340