# EXHIBIT 1

```
              STATE OF VERMONT
              WINDHAM COUNTY, SS.




PLACE:           Brattleboro Police Department
                 Brattleboro, Vermont


DATE:            October 19, 2007


RECORDED BY:     Brattleboro Dispatch
```

------------------------------------------------------------

### RECORDED DISPATCH CALLS #6

------------------------------------------------------------

*Fern M. Boucher, Transcribers*
*67 Terrace Street*
*Montpelier, Vermont 05602*
*802-505-8891*

## BRATTLEBORO DISPATCH #6

DISPATCH:   Bratt Dispatch.

UNIDENTIFIED CALLER: Hi.  I have a question I was wondering about.  I was driving up Putney Road and you know where they tore down the old bowling alley?

Q    Yeah.

A    There's like a group of twenty people putting signs up and tents and all kinds of stuff, like "Don't pave this sign" and all that.

Do you know what's going on?

Q    I don't have any idea.

A    Yeah.  Because I was under the impression isn't that all private property?

Q    Oh, yeah, it's all private property.

A    Yeah.  Well, there must be a group of protestors are putting up – I'm not kidding you, they're putting up tents and they got like all kinds of banners and signs and it says, "Don't pave it over" and –

Q    Huh.

A    – all kinds of junk going on up there.  So I didn't know if you wanted somebody to drive by and take a look or not.

Q    Okay.

A    It just – I can't stand protestors, so that's

2

```
 1    what I was just wondering if you guys knew about it, if
 2    they had a permit to even do it?
 3         Q    Yeah, nothing that I'm aware of, but I'm
      checking the permits now and -
 4
           A    Yeah.
 5
           Q    - see if they have something to do that.
 6
           A    They're putting up all these colored signs.
 7    I don't know if they're planning on camping out there
 8    and making a scene or what.
 9         Q    I don't know, but - well, I'll see what we
10    find.
11         A    Oh, okay.  Thank you.
12
           Q    All right.  Thank you.
13
           A    Okay.  Bye.
14
           Q    Bye-bye.
15
      (End of Call)
16
      (Next Call)
17
           UNIDENTIFIED FEMALE:  Hello.
18
           UNIDENTIFIED MALE: Hi.  How are you?
19
           F    Okay.
20
           M    Do you know if someone has a permit for that
21    - you know where the old bowling alley is up on Putney
22    Road, the old bowling alley just tore down?
23
           F    Yeah.
24
           M    Anybody have a permit to be on that
25
                                   3
```

1  property or to do anything on that property, protesting
2  at all?
3      F   I do not believe so.
4      M   Okay.
5      F   All right.
6      M   That's what I'm looking for.  I'm (inaudible)
7  here, but I just want to double check with you.
8      F   Yup.  Okay.
9      M   Thank you.  Bye.
10     F   Yeah, bye.
11 (End of call)
12 (Next call)
13     DISPATCH: Bratt dispatch.
14     UNIDENTIFIED CALLER: Hey, it's Corey.  Hey, is
15 Captain (inaudible) around?
16     Q   Let me see if I can find him.  Hang on.
17 (Next Call)
18     CHERYL: Rice Company.  Cheryl speaking.  May I
19 help you
20     DISPATCH:  Hi Cheryl.  This is Brattleboro,
21 Vermont Police Department calling.
22     Q   Yes.
23     A   Was wondering, do you own some property up
24 on Putney Road as Rice Oil?
25     Q   I believe we still have Putney Road

```
 1   neighbors, yes.
 2        A    Not a neighbor, this is -
 3        Q    Oh.
 4        A    - this is a vacant lot.
 5        Q    Oh, that.  I don't know, but let me just
 6   check with our vice president.  May I put you on
 7   hold for a second?
 8        A    Yes.
 9        Q    Thank you.
10   (Pause - overlapping calls)
11   (Next Call)
12        Q    - the Town of Brattleboro.  Okay.
13   All right.  Address, (inaudible) Mountain.
14        A    1000 Putney Road.
15        Q    Okay.
16   (End of call)
17   (Next call)
18        DISPATCH:  Hi Ken.  This is Brattleboro Police
19   Department calling.
20        KEN:  Yes.
21        Q    I'm wondering if you own a piece of property
22   up on Putney Road that was just bulldozed.  There used
23   to be a Candle Pin Bowling Alley there.  We heard it
24   was either Rice Oil or Cheshire and so we're trying to
25   find out -
```

```
 1    A    Where the bowling alley is?
 2    Q    Yeah.  There was a bowling alley and it's
      been bulldozed and now it's a vacant lot up on Putney
 3    Road?
 4    A    Yeah.  That's - that's Cheshire Oil.
 5    Q    That is Cheshire?
 6    A    Yes.
 7    Q    Well, it's filled with protestors, so I
      guess we'll be giving Cheshire a call then.
 8
 9    A    Do you want their number?
10    Q    Oh, sure.
11    A    I have it here.
12    Q    Okay.
13    A    630 -
14    Q    Uh-huh.
15    A    - 352-0001.
16    Q    Okay.  Well, we thank you very much.  And -
17    A    What are they protesting?
18    Q    They want to keep it vacant.
19    A    Oh.
20    Q    They pitched tents and everything.
21    A    Oh, goodness.
22    Q    So we're going to give Cheshire a call.
23    A    Do they have their clothes on or not?
24    Q    It is against the law now.
25
                            6
```

```
 1        A     In certain areas.
 2        Q     Yes.  And that's one of them.  So they
    are clothed and protesting.
 3
          A     All right.
 4
          Q     Okay.  Thank you.
 5
          A     Good luck.
 6
          Q     Yeah.  Bye-bye.
 7
          A     Bye.
 8  (End of Call)
 9  (Next Call)
10        CHESHIRE OIL: Good afternoon, Cheshire Oil.
11        DISPATCH: Yes, good afternoon.  This is
12  Brattleboro Police Department calling.
13        Q     Yes.
14        A     And I understand that Cheshire Oil owns
15  that property on Putney Road?
16        Q     Near their - where they tore down the bowling
17  alley?
18        A     Yes.
19        Q     Yes, they do.
20        A     Well, at this moment there is a bunch of
21  protestors with tents and signs up there.  And we're
22  wondering if you're aware of it and what you would like
23  us to do about it?
24        Q     Okay.  Let me give you my office supervisor,
25
```

```
 1        okay?
 2            A    Okay.
 3        (Pause)
 4            JEAN:  Good afternoon.  This is Jean.
 5            DISPATCH:  Hi, Jean.  This is Brattleboro Police
          Department calling.
 6
 7            Q    Yes.
 8            A    On the property that you own in Brattleboro
          where it was just bulldozed on Putney Road?
 9
10            Q    Yes.
11            A    There is a bunch of protestors up there
          with signs and tents.
12
13            Q    I'm going to have you speak to Mr. Robertson,
          James Robertson, and he can tell you what he wants to
14        do.
15            A    Okay.
16            Q    Hold on.
17            A    Thank you.  I'm getting to the right person.
18        It takes awhile.
19        (Pause)
20            MR. ROBERTSON:  Hello.
21            DISPATCH:  Hello, Mr. Robertson.
22            Q    Yes.
23            A    Brattleboro Police Department calling.
24            Q    Right.
25
```

8

1   A   On the property on Putney Road.
2   Q   Yes.
3   A   You have quite a few protestors up there with tents and signs, etc.
4   Q   Well, what are they protesting?
5   A   They want to keep it vacant, obviously. They don't want to build on it.
6   Q   When did this -
7   A   We've gotten a couple -
8   Q   Wow.
9   A   - of calls and we've just had a person stop in here and tell us, so we thought we'd like you know.  Now I can send an officer up there and have them removed.
10  Q   That would be -
11  A   And - and, if so, would you like a trespass order on - issued on these people so they cannot go back on your property?
12  Q   This is crazy.
13  A   Yes, it is.  But -
14  Q   I don't want to start a war with them, but I don't know that I need them on my - I can't let anybody else go on my property, I don't know why -
15  A   Absolutely.  And so -
16  Q   So, yes.

```
 1        A    - would - would you like a trespass order
     issued?
 2
          Q    Yes, that's fine.
 3
          A    Okay.  And what's your title over at Rice
 4
     Oil?
 5
          Q    I'm president and owner.
 6
          A    Okay.  Then I'll let the officers know and
 7
     then send them up there.  You may want to just take a
 8
     ride over and see for yourself, too, okay?
 9
          Q    Yeah, okay.  Thanks.
10
          A    Oh, okay.  Thank you.
11
          Q    Bye.
12
          A    Bye-bye.
13
     (End of Call)
14
     (Next call)
15
          DISPATCH:  Dispatch 29.
16
          UNIDENTIFIED SPEAKER: Go ahead for 29.
17
          Q    Okay.  I just spoke with a James Robertson,
18
     who's the president and owner of Cheshire Oil.  He'd
19
     like those people removed from his properly - property.
20
     If necessary, a trespass order should be issued, but if
21
     they'll just leave, then he's happy with that as long
22
     as they say they won't be coming back.  And I think
23
     he's going to be taking a ride over from Keene.
24
          A    We'll take care of it.
25
```

```
(End of Call)
(Next Call)
     DISPATCH:  Brattleboro Dispatch.
     UNIDENTIFIED SPEAKER: Hi.  Could you tell me if
Chief Martin is in by any chance?
     Q    Let me put you over to his desk.  Hold on,
please.
     A    Okay.  Thank you.
(Pause)
     DISPATCH:  Bratt Dispatch.
     UNIDENTIFIED SPEAKER: Hey, it's me.
     Q    Hi.
     A    Are you there?
     Q    Yeah.  Go ahead.
     A    Can you do me a favor.  The battery in this
thing is going to die soon, but can you do me a favor?
     Q    Yeah.
     A    We have two more that are still here.  They
have themselves like buckled to the inside of a
frickin' 55-gallon drum.
     Q    Okay.
     A    Can you call Cheshire Oil back and speak to
whoever the person is and see if they're all right with
us just leaving them?  I mean I can't imagine they're
going to stay very long once they realize they're not
```

```
 1    getting arrested.  Their whole goal is to get arrested.
 2         Q    Okay.
 3         A    See, if we just leave them -
 4         Q    Yup.
 5         A    - then they got to leave on their own.
 6         Q    Okay.  I'll call you back as soon as I can.
 7         A    All right.  Thanks.
 8         Q    All right.  Bye-bye.
 9    (End of Call)
10    (Next call)
11         CHESHIRE OIL:  Good afternoon.  Cheshire Oil.
12         OFFICER:  Hi.  Good morning.  Brattleboro Police
13    Department calling.  How are you?
14         Q    Good.  How about yourself?
15         A    Well, not too bad.  I called over earlier
16    about some protestors you had on your property up on
17    1002 Putney Road.
18         Q    Oh, yes.
19         A    I believe we spoke with a Mr. Robertson.  Is
20    he available that I could chat with real quick?
21         Q    Okay.  Just a moment.
22         A    Thanks.
23    (Pause)
24         BRYANT:  Good afternoon.  This is Bryant.
25         OFFICER:  Hi.  Good morning.  This is Brattleboro
```

```
 1   Police Department calling.  How are you?
 2       Q    Good.
 3       A    I'm not sure if we spoke with you earlier
     in reference to the property up on Putney Road or not?
 4
         Q    You probably spoke to my dad.
 5
         A    Okay.  We've got just about everybody off
 6
     the property.
 7
         Q    Yeah.
 8
         A    They have - we have two people that
 9
     apparently have buckled themselves to a 55-gallon
10
     drum up there.  The lieutenant wanted me to give you a
11
     call.  Our concern is they're doing it for show.
12
         Q    Yup.
13
         A    They want to get arrested.
14
         Q    Yeah.
15
         A    He's wondering whether or not you will allow
16
     them to remain there, to not be arrested and to have
17
     them leave on their own.  I think when we spoke to your
18
     dad earlier he was we want them off the property.  If
19
     you need to do a trespass, do a trespass.  I just - I'm
20
     not really sure if that's going to gain us anything at
21
     this point because I think they're just looking for
22
     that - that show.  So the officer's wondering if you'll
23
     allow them to stay at this point and have them leave on
24
     their own or do you really want us to buckle them up
25
```

13

and move them along?

Q    Well, I mean when are they going to leave?

A    My thought is, as I think a supervisor is that's up there, is that once they realize that they're not going to get arrested, they're just going to leave on their own.

Q    Well, I suppose that's fine for today.

A    Okay. If we - if they remain, obviously, we can do something different. We just - we don't want to give them a platform -

Q    Right.

A    - at this point, which is all we really think that they're looking for.

Q    All right. That's - I guess that's fine. If they're still there tomorrow, then we got to do something different.

A    Okay. All right. And you said your name was Brian; is that right?

Q    Bryant, B-R-Y-A-N-T.

A    Bryant. And Robertson is the last name?

Q    Yup.

A    Okay. Very good, sir. I'll let them know. And if anything changes, I'll give you a call.

Q    All right. Thanks.

A    Thank you, sir. All right. Bye.

14

```
 1        Q    Bye.
    (End of call)
 2
    (Next call)
 3
          OFFICER:  Dispatch 20.
 4
          DISPATCH: 20.
 5
          Q    Kathy, we cleared from up there for now
 6
    until we make a phone call and transfer some info.
 7
          A    Yup.  I have made a 21 to Cheshire Oil.  I
 8
    spoke with the son.  His name was Bryant.  Is
 9
    comfortable with leaving them for there for now.  If
10
    they're there tomorrow, we'll need to do something
11
    different.  10-4.
12
          Q    We'll take it as it goes here.  We'll just
13
    keep in contact with them.
14
    (End of call)
15
16
17
18
19
20
21
22
23
24
25
```

**CERTIFICATE OF TRANSCRIPT**

1
2      I, GAIL F. DICKINSON, do hereby certify that the
foregoing pages numbered 1 through 15, inclusive, are a
true, accurate and complete transcript taped in the
matter of Brattleboro Police Department Dispatch Calls
#6, for which transcript was duly requested.

DATE  5/10/09                    _____
                                  GAIL F. DICKINSON