The following are in no special order or dates.

Spring 2003 Video tape with Det Johnson and the protest. The department was aware of the planned protest and march through downtown. On the day of the march Det Johnson came up to me and told me that the Chief, (Martin), had told him to come in and tape the march. This was being down in case there were problems we would have it on tape. The Chief never told me that Det Johnson was coming in in plain cloths to do the taping. I told him that I thought that was good and told him several spots that I wanted to make sure it was taped. One was the National Guard center and also down by Flat/Main Street as there was another group protesting on the other side of the issue. Once this was all done the Chief ended up giving Det Johnson disciplinary action and returned the tape. At no time did he ask me what I told him, (Johnson), and that in fact Det Johnson was following what I told him to do. There was no communication between the Chief and I on what was going on and expectations of what was going to happen.

2004 NECP2 This was an outside consultant that did the same thing as the one that was just completed. The Chief, (Martin), said it was never completed and so no one got one, (we were all supposed to get one or at least see it). It has just come to light that the Town does in fact have a report from them that was turned into the town. According to Chief Martin this report was never done and sent to the town.

1-31-07 Department Meeting. Chief Martin said that at this meeting he would let the department know where we were and where we were heading. The big joke of this meeting was that it was a "Meeting of Metaphors". I don't know how many he used but they were in constant use. He told the department nothing of where we were or where we were going. At the end of the meeting he basically threatened the entire department. He said the he "tests the political waters" when he gives out disciplinary action. If HE THINKS that the person getting the disciplinary action is going to grieve it he DOUBLES the disciplinary action. If HE THINKS the person is not going to grieve it he does not double it.
The following is a couple of the metaphors used.
We are like two ships passing in the night.
They want a Lexus but want to pay for a yugo
The Town thinks that I am a Maverick
My attempts to insulate you can only go so far
We need to hire a consultant



DEPOSITION
EXHIBIT
20
slb 5|19|09
PENGAD 800-631-6989

Spring 06/13/ 2007 We have been locking up Morningside and unlocking Morningside for a long time now. We were repeatedly told that they—upstairs—wanted us to lock it up and unlock it. Officer Frechette went and spoke to someone upstairs, (Carol Lolatte and Barb Sondag), about keeping it unlocked and we could then drive in and check it. They thought it was a great idea and was the first they had heard of it. They told Officer Frechette to have us keep it unlocked all the time so we could check it.

Page 1

BOC540

Taser July 24, 2007 with "Slug" This was a protest that started one day and the landowner said they could stay the day but had to go the next AM. This transpired around 1200ish and Chief Martin and Capt Rowell were both here. There was no pre-planning on what to do the next AM. The management went home without any meeting and/or plans. The next morning Chief Martin and Capt Rowell came in on their normal time and left the Lt working to deal with the problem that AM on his own. Martin then said that he fought the select board to have us keep the taser but the Select board made us give them up anyways. I did not go to the meeting but I was told by staff that Martin did no fighting to keep the tasers. Basically when the board said to have them pulled he said OK. W/in a week Officer Emery and I got into a fight and did not have the taser. We ended up fighting with the person and cracking 2 ribs and he also got 2 or 3 stitches in his leg. He was also sprayed with OC and that had no effect. The next meeting we got the tasers back. A taser could have ended this w/o any injuries to anyone.

07-04-2007 Chief Martin came to the park in full uniform but he had forgotten his gun at home. He did not go home and get the gun instead he put his raincoat on so people could not see that he was unarmed. We have sent people home to get their gun. We had a FTO from Conn that came in to work and had forgotten his gun. He was sent home to Conn to get his gun as he could not work without it. Chief Martin stayed the entire day w/o his gun. His rain cap was so stretched out that it was sitting on his hat and not wrapped around it like it is suppose to be.

Vacation approval. Never get them back from Capt Rowell. I put them in and never see them again. I always assumed that they were approved and just took vacation time. The ones I did get back was when I would return from vacation I would find them in my box saying I could take it off. Kind of late if I couldn't do it as I had already gone on vacation and returned.

If Capt Rowell was on the radio and working and someone had a decision question for him to make he would not answer the radio. I would make the decision over the radio and he would then come over asking "Is someone calling me?"

One day on day shift t we had a call at 1st VT Bank on Main Street. Two guys in masks were sitting in a car that just pulled into the back lot. The bank had looked their doors, (a customer came in and told them), and called us. Officer Parker arrived on scene and Chief Martin and Capt Rowell also advised they were on scene. I was a ways off and was not able to see what was going on. Neither Capt Rowell nor Chief Martin said anything. Officer Parker ran the scene and made the calls on what to do and how to approach.

When I was working the day shift as a Lt I never knew when Chief Martin was on vacation. Now and then I would be told by someone across the hall the chief is back from vacation. I

B00541

never knew he had been gone for a week or two. Very seldom did I ever see the Chief when I was working day shift. Disp would complain to me at times that someone would call for the chief and they would transfer them over. They would then call back and say that the voice mail from the Chief said that he is on vacation. This is how dispatch would learn.

        :shooting.12-02-01 Lt Cole called me later that night and told me that Officer Parker had been involved in the shooting just so when I came into work the next day I knew. No one from the department called me and I was Officer Parker/Holbrook/Davies supervisor and they were involved. If Lt Cole had not called me on his own accord I would not have known about the incident till I showed up to work. Also Chief Martin left for a hunting trip either that day or the next day. It was a once in a lifetime hunting trip, (according to him), to NH with Bob Remillard, (No relation to TM Jerry Remillard), to a hunting reserve in NH.

Capt Rowell would send back LAW incidents for spelling errors and his reports and e-mails are always filled with spelling errors.

Capt Rowell would send me e-mails about LAW incidents with no write-up on them but he would leave with no write-up done on complaints that he had done.

Abortion Protest Don't know the date. Large abortion group came to town with large color signs and set up on Canal St from Belmont Ave to Rescue Inc. They were on both sides of the road on either side of planned parenthood. The Chief, both Captains and three Lieutenants were on Vacation. I was the only rank at the police department. I had to set the police response up by myself and it went well. I had SRT stage at DPW and also had to coordinate with DPW on our needs. I was also the only one around for that week that could sign off complaints, review all affidavits and deal with anything that the police had to deal with,(both internal and external).;

 I also do not know the time but I would get 10 +/- e-mails from Capt Rowell every day. The worst that I ever got was I went on three days off, (Tues, Weds, Thurs), and when I came back I had just over 60 e-mails from Capt Rowell in that time period.

June 2007 Terry parker hearing. The officers feel that Capt Rowell lied in this hearing. He made the statement under oath that he had just found out that the lock on the locker room door was broken, (in the last few months). The lock on the locker room door has been broken for years. It was sticking when it was on the back door to the PD and that is why they moved it to the locker room, (15 +/- years ago). The hearing was in June and as of October 2007 it is still broken and nothing has been done to correct it.

B00542

Document #1  4-4-1995. SA sent over a letter complaining about service of subpoenas.  I wrote up a page long memo back to Deputy Chief Martin.  In the letter I told D.C.Martin that I REFUSED to have anyone in our department take blame for this as SA Maxwell accused  I disputed his accusations and showed that we were right and Maxwell was wrong.  I gave this document to D.C.Martin and all he did was make a call and spoke to Maxwell.  And let me know our policy is OK and will attempt to deal with officers of record.  He should have stood up for our officers/department.

99BB03200 Document #2  05-13-1999 Vernon PD found an explosive device,( a pipe bomb), at the boat landing in their town.  Officer Turnley brought it to Brattleboro PD for disposal.  Lt Kirkpatrick called D.C.Martin and was told by D.C.Martin  to store the explosive devise in the basement of the Municipal Center till morning when he came in and brought it to Pleasant Valley to dispose of.

01-12-2000 1600 Document #3  I went across the hall to the clerk area.  In there I observed on a screen saver the following—"If brains were dynamite Evans would not even have enough to blow his nose".  (I did not know how to change the screen saver I spoke to Yager and Martin.  I told them what was on the screen saver and they BOTH made comment that they had BOTH seen it earlier today.  I told D.C.Martin that I felt that this was not good and I did not know how to change it.  When I looked again at 1700 it was now gone and a different screen saver was on.

Anti-War protest 03-22-2003. Document #4  This was the one that Det Johnson received disciplinary action due to taping the protest.  I will not type the document as it is a page and a half of issues with the protest,(not including the Johnson issue).  A bit of it is that Chief Martin/ Capt Rowell/ Capt Wrinn had a brain storming meeting the day before the protest.  I was not invited to it,(I was going to be OIC the day of the event).  The day of the event Capt Wrinn was in NYC.  Chief Martin was at Town Meeting and Capt Rowell was also at Town Meeting in his second job as constable.  There is much more in the document that bears reading.

Document #5 05-27-2003  Officer Ottinger went in and spoke with Cat Rowell about not working June 7,2003 on the cow parade.  He advised to Capt Rowell that 1 ½ months ago as this was his long weekend that planes had been made to go to NJ.  He asked if he could get out of the mandatory detail.  The only answer he could get from Capt Rowell if he could not work was "Do what you have to do".  Officer Ottinger then went over to Chief Martin and asked him the same thing.  He advised Chief Martin what Capt Rowell had said and Chief Martin told him to do what he has to do.  Officer Ottinger then came over and talked to me.  He told me what they had said and I told Officer Ottinger to go to NJ and I would not assign him to this detail and if questions came up I would deal with it.

Page 4

B0C543

Document #6  May 18-2003  The following is a time card and a comp time sheet. The officer's name has been blacked out as it is not relevant. It is known that you cannot take comp time if it cost the department overtime. If it will cost OT the comp time is not allowed. This officer took 50 hours of comp time,(5 days). On 4 of these days the town had to hire officers on overtime to allow the comp time. Also with this is the officers Comp time accrual sheet. Officer in the PD are allowed a maximum of 40 hours. This officer was allowed to accumulate 81.75 hours. When I brought this to the department attention I was told this was a special circumstance. If my wife June wanted to have a baby I could also accumulate over 40 hours of comp time.

Document #7  June 3,2005.  Capt Rowell put out an e-mail saying that the dept has spent a lot of money to make sure the dispatch door is closed and locked. Recently he(Capt Rowell),is finding the door slightly ajar. In the memo he stats that he wants us to make sure the door locks behind you no matter which side you are on. This is still going on and I have seen Capt Rowell leave the door ajar.

Document #8  Aug 31,2006.  Capt Rowell put out a memo stating of MANDATORY training for all officer of Brattleboro PD. Upon going to this training Capt Rowell did not show up. He did not show up as he was working his second job as Constable at the voting poles this day.

Document #9  Aug 3,2005.  An officer came into work without his weapon. He lived in Conn at this time and a call was made to Chief Martin and it was decided that he would have to go home as he could not work without his gun. The officer was sent home. This goes back to the July 4th 2007 when Chief Martin worked the memorial park detail without his gun.

Document #10  12-27-2005  Capt Rowell sent out an e-mail and one line of it was that "One line narratives are supposes to be done before you go home…"

Document #11  02-18-2004 Capt Rowell sent a memo to Lt Kirkpatrick that Officer Hoard would need to get sleep.. The doctor's appt will keep her from getting "8 hours in a row". I don't know where this comes from as many officers don't get 8 in a row. Even our Union contact  July 1 2002 to June 30 2005 Article #10  states that any officer cannot exceed 20 hours without at least a 6 hour break   The 8 hour off issue was noticed and talked about in the squad room.

Document #12 January 29,2004.  Sent out an e-mail about not parking next to the building after a snow storm. He advised that he just moved M86 as snow fell off and hit it.  On January 30,2004 at 1500 I saw snow fall off the roof and into the parking spot next to the PD.  At 1530 Capt Rowell pulled in and parked in this very spot he spoke about the day before and I had just seen snow fall on ½ hour prior..

B O C 5 4 4

Document #13  01-21-04Capt Rowell sent Officer parker to a one day school. Officer Parker told me about this two weeks prior to going and advised that it would leave the shift short. At this time I took Officer Parker at his word,(Capt Rowell never told me that he was sending Officer parker to a school). I looked in the book and saw would be short so I posted the OT. Capt Rowell never told me. If Officer Parker had not told me I would be calling him that day to see why he was not at work.

Document #13  01-20-04  0900 I helped Capt Rowell bring blue lights into the cellblock area in the basement. He did not take his firearm off. This is against our P&P rules and the state rules of no firearms in the cell block area. On 01-21-04 0930 I was doing a jail inspection with BFD Bucossi and Asst State Fire Marshall Stanley Baranowski and Capt Rowell again came down to the cell area with his firearm on. On 01-22-04 Lt Cole and Officer Eaton had a prisoner and Capt Rowell again went down to check on cell 2&5 with firearm on again.

Document #14  On July 13,2003 I put in for a one day school in Keene NH on July 30,2003. I received it back from Capt Rowell on Aug 1,2003 saying that he saw it on 08-01-2003.

Document #15  On 09-07-2004 at 1422 Capt Rowell sent out a e-mail saying that he needed all the portable radios here at the PD by 09-08-2004 at 1400. He is not going to pay OT so work it into your schedule the best you can. People on days off would not have even gotten this e-mail and could not reasonably do this.

Document #16  Capt. Rowell sent me a e-mail on Jan 7,2003 at 1449 hours. It told me that the snow packer is going to be moved on 01-08-2003 and could I arrange for an escort. I did not get the memo till I came back from days off on Jan 10,2003.

Document #17  Aug 5,2003.  Capt Rowell advised that the antennas on the cars hit the roof of the parking garage. He took the time to count 178 strikes and to give it all to us in e-mail form.

Document #18  June 02,2004 at approx 120-0 Lt Kirkpatrick and I were in the station. Capt Rowell walked past us and into the Capts office with T.J.Russ. After he left,(about 15 minutes),Lt Kirkpatrick asked what was up. Capt Rowell proceeded to tell us that he was trying to serve civil paperwork on him. So, Capt Rowell served the civil paperwork on him(constable job),while he was in full Brattleboro PD uniform and in the Capts office.

Document # 19  12-31-2000  I sent a memo to D.C.Martin. I had approved Officer Bristol a vac day for 12-31-00. Officer Bristol got it back from you saying that we,(Brattleboro PD),would not give him the day off and make someone else have to work the holiday. He asked me why and I advised him that I did not know. On one else is on Vac that day. Lt Rowell took the day off and someone has to be hired in his place. Sgt Prue took the day off and we have to hire to fill her spot. Can you advised me the reasoning behind this and get back to me with the answer.

B00545

Document #20  04BB09982  Capt Rowell Asked if I thought it was an acceptable accident. I had reviewed it and signed it off. If I did not think it was acceptable I would have returned it. Capt Rowell takes the side that Officer Eaton did not talk to Martin. When he did speak to her at the scene and at BMH. Capt Rowell wanted a VCVC issued for no INS and Officer Eaton did this. Then he had to void the ticket as the person did have insurance. He asked if I though a VCVC should be issued and it has always been up to the officer to issue or not.. My memo is also attached to the Capt's memo.

Document #21  Re: fatal accidents. The States Attorney pulled my status as a fatal accident investigation,(have been so for years). Chief Martin accepted this and Capt Rowell sent an e-mail out. VSP refuses to do the fatals and Officer Frechette who is not certified to do fatal has done the last two.

Document #22  Capt Rowell sent out an e-mail at on 0826 05-06-03 saying Officer Witherbee would be back to work on 05-06-03 at 0730 hours. She had already come back into work.

Document #23  Capt Rowell sent out an e-mail on 05-14-03  He made comments that certain items are unacceptable on the write-ups  I am not going  to go over them all but the ones that are unacceptable were acceptable when he was a LT. He has "see involments" "See attached" "I found this in my number" Both he and Chief Martin have complaints with no write-ups on them . Some of them are two years prior5 to being cleared.

I do not know he dates but when I was working second shift Capt Rowell would be out serving civil process as a constable. He would call in plates #'s to see if he was at the right house or if the car was registered to the person he was looking for. He would come into dispatch and ask them, to do name searches to see where people were living so he could go serve civil paperwork on them.

In the Terry Parker hearing I had more records then the department did. I had to tell Chief Martin when Terry had shot ⸱     ⸳ and the town attorney wanted my records for the hearing. I do not know what the town had but the attorney kept telling me that he did hot have stuff that I was talking about,*(he then asked me for a copy of my records and I made him and the town a copy)

Page 7.

B 0 0 5 4 6