**AO 450 (Rev. 5/85)  Judgment in a Civil Case**

# United States District Court

## District of Vermont

|  |  |  |
|---|---|---|
| SAMANTHA KILMURRAY, | : | |
| JONATHAN CROWELL**,** | : | |
| Plaintiffs, | : | **JUDGMENT IN A CIVIL CASE** |
| | : | |
| v. | : | CASE NUMBER: 2:08-CV-55 |
| | : | |
| ROBERT KIRKPATRICK, | : | |
| MICHAEL GORMAN, | : | |
| CHUCK ALECK, | : | |
| PETER DIMARINO**,** | : | |
| Defendants. | : | |

_____ **Jury Verdict.**  This action came before the Court for trial by jury.  The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Opinion and Order (Doc. No. 65) filed September 14, 2009, the Defendants' Rule 56 Motion for Summary Judgment (Doc. No. 43) is GRANTED.  JUDGMENT is hereby entered for Defendants Robert Kirkpatrick, Michael Gorman, Chuck Aleck and Peter DiMarino against Plaintiffs Samantha Kilmurray and Jonathan Crowell.

Further, all claims against Defendant, Jeremy Evans were previously DISMISSED with prejudice pursuant to Stipulation and Amendment and Dismissal Order (Doc. No. 35) filed December 9, 2008.


Date:  _September 14, 2009_            JEFFREY S. EATON_____
                                       Clerk


                                        _/s/ H. Beth Cota_____
                                       (By) Deputy Clerk



JUDGMENT ENTERED ON:  _September 14, 2009_